1

LAW OFFICE OF
**JAMES A. WYATT**
3575 SUNSET DRIVE (96001)
POST OFFICE BOX 992338
REDDING, CA 96099-2338
(530) 244-6060
(530) 244-6069 Facsimile

STATE BAR NO. 081128

2

3

4

5

6   Attorney for Defendants COUNTY OF SISKIYOU,
    SISKIYOU COUNTY SHERIFF'S DEPUTY JOHN
7   ZOOK; and SISKIYOU COUNTY SHERIFF'S
    DEPUTY JUAN RUIZ
8

9              UNITED STATES DISTRICT COURT

10

11             EASTERN DISTRICT OF CALIFORNIA

12                    ···ooOoo···

13

14   ROSS SANDERS, Individually;         CASE NO.  2:17-cv-01040-WBS-CMK
     DONNA SANDERS, Individually;
15   DANIELLE ERIN NIELSEN,
     individually and as co-Successor in   **DEFENDANTS COUNTY OF**
16   Interest for Decedent LUKE            **SISKIYOU, JOHN ZOOK, AND**
     SANDERS and Ab.S., Ad.S., E.S.,       **JUAN RUIZ'S ANSWER TO**
17   and L.S., all minors, through their   **COMPLAINT FOR DAMAGES**
     mother and Next Friend
18   DANIELLE ERIN NIELSEN,
     Individually and as co-Successors     **DEMAND FOR JURY TRIAL**
19   in Interest for Decedent LUKE
     SANDERS,
20
21            Plaintiffs,
22
23   v.
24   COUNTY OF SISKIYOU, a public
     entity; SISKIYOU COUNTY
25   SHERIFF'S DEPUTY JOHN
26
27

28   Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint     # 2:17-cv-01040-WBS-CMK     1

1

2

3

ZOOK; SISKIYOU COUNTY
SHERIFF'S DEPUTY JUAN
RUIZ; and DOES 1-10,
Individually, Jointly and
Severally,

4

5

Defendants.

6

7   Defendants COUNTY OF SISKIYOU, a public entity, and SISKIYOU

8   COUNTY SHERIFF'S DEPUTIES JOHN ZOOK and JUAN RUIZ, public

9   employees, answer the Complaint of Plaintiffs ROSS SANDERS, DONNA

10  SANDERS, DANIELLE ERIN NIELSEN, individually and as co-Successor in

11  Interest for Decedent LUKE SANDERS, and Ab.S., Ad.S., E.S., and L.S., minors,

12  by and through their mother and Next Friend DANIELLE ERIN NIELSON,

13  individually and as co-Successors in Interest for Decedent LUKE SANDERS, as

14  follows:

15

16                            JURISDICTION

17      1.    In answering Paragraph 1 of the Complaint, Defendants admit that

18  Luke Sanders, Deceased, died on May 17, 2016, on Highway A-12, in the County of

19  Siskiyou, State of California.  Defendants further admit that jurisdiction appears

20  to be proper with this court with respect to allegations of violations of constitutional

21  rights afforded plaintiffs, which allegations are specifically denied, by virtue of 42

22  U.S.C.§ 1983 and 28 U.S.C. § 1343.  Defendants further admit that to the extent

23  state law claims arise out of and lawfully relate in a transactional sense to Plaintiff's

24  federal claims, which is specifically denied, supplemental jurisdiction would exist

25

26

27

28  Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint    # 2:17-cv-01040-WBS-CMK    2

1   pursuant to 28 U.S.C. §1331.  Defendants generally and specifically deny each and
2   every remaining allegation of Paragraph 1.

4   **INTRADISTRICT ASSIGNMENT**

5   2.      In answering Paragraph 2 of the Complaint, defendants admit that a
6   substantial part of the events and circumstances complained of occurred in the
7   County of Siskiyou, State of California, and admit that this case is properly assigned
8   to the Sacramento Division of the United States District Court for the Eastern
9   District of California.

11  **PARTIES AND PROCEDURE**

12  3.      In answering Paragraph 3 of the Complaint, defendants lack sufficient
13  knowledge and information to enable them to answer the allegations of said
14  paragraph, and basing their denial on that ground, deny each and every allegation
15  contained therein.

17  4.      In answering Paragraph 4 of the Complaint, defendants lack sufficient
18  knowledge and information to enable them to answer the allegations of said
19  paragraph, and basing their denial on that ground, deny each and every allegation
20  contained therein.

22  5.      In answering Paragraph 5 of the Complaint, defendants lack sufficient
23  knowledge and information to enable them to answer the allegations of said
24  paragraph, and basing their denial on that ground, deny each and every allegation
25  contained therein.

28

1    6.    In answering Paragraph 6 of the Complaint, defendants lack sufficient
2 knowledge and information to enable them to answer the allegations of said
3 paragraph, and basing their denial on that ground, deny each and every allegation
4 contained therein.

5

6    7.    In answering Paragraph 7 of the Complaint, defendants lack sufficient
7 knowledge and information to enable them to answer the allegations of said
8 paragraph, and basing their denial on that ground, deny each and every allegation
9 contained therein.

10

11    8.    In Answering Paragraph 8 of the Complaint, defendants lack sufficient
12 knowledge and information to enable them to answer the allegations of said
13 paragraph, and basing their denial on that ground, deny each and every allegation
14 contained therein.

15

16    9.    In answering Paragraph 9 of the Complaint, defendants lack sufficient
17 knowledge and information to enable them to answer the allegations of said
18 paragraph, and basing their denial on that ground, deny each and every allegation
19 contained therein.

20

21    10.    In answering Paragraph 10 of the Complaint, defendants lack
22 sufficient knowledge and information to enable them to answer the allegations of
23 said paragraph, and basing their denial on that ground, deny each and every
24 allegation contained therein.

25

26

27

28   Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint      # 2:17-cv-01040-WBS-CMK      4

1    11.    In answering Paragraph 11 of the Complaint, defendants admit that
2    the County of Siskiyou is a public entity duly formed under the laws and statutes
3    of the State of California, that the Siskiyou County Sheriff's Office is a political
4    subdivision of Defendant County of Siskiyou, and that the Siskiyou County Sheriff's
5    Office employed defendants Deputy John Zook and Deputy Juan Ruiz.

6

7    12.    In answering Paragraph 12 of the Complaint, defendants admit that
8    Defendant Siskiyou County Sheriff's Deputy John Zook was at all times employed
9    by the Siskiyou County Sheriff's Office, and was at all times acting in the course
10   and scope of that employment.

11

12   13.    In answering Paragraph 13 of the Complaint, defendants admit that
13   Defendant Siskiyou County Sheriff's Deputy Juan Ruiz was at all times employed
14   by the Siskiyou County Sheriff's Office, and was at all times acting in the course
15   and scope of that employment.

16

17   14.    In answering Paragraph 14 of the Complaint, defendants lack
18   sufficient knowledge and information to enable them to answer the allegations of
19   said paragraph, and basing their denial on that ground, deny each and every
20   allegation contained therein, and specifically deny they have denied plaintiff's
21   access to information.

22

23   15.    In answering Paragraph 15 of the Complaint, defendants lack
24   sufficient knowledge and information to enable them to answer the allegations of

25

26

27

28   Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint    # 2:17-cv-01040-WBS-CMK    5

1   said paragraph, and basing their denial on that ground, deny each and every
2   allegation contained therein.

3

4       16.    In answering Paragraph 16 of the Complaint, defendants generally
5   and specifically deny each and every allegation contained therein.

6

7       17.    In answering Paragraph 17 of the Complaint, defendants generally
8   and specifically deny each and every allegation contained therein.

9

10      18.    In answering Paragraph 18 of the Complaint, defendants generally
11  and specifically deny each and every allegation contained therein.

12

13      19.    In answering Paragraph 19 of the Complaint, defendants lack
14  sufficient knowledge and information to enable them to answer the allegations of
15  said paragraph, and basing their denial on that ground, deny each and every
16  allegation contained therein.

17

18      20.    In answering Paragraph 20 of the Complaint, defendants lack
19  sufficient knowledge and information to enable them to answer the allegations of
20  said paragraph, and basing their denial on that ground, deny each and every
21  allegation contained therein.

22

23      21.    In answering Paragraph 21 of the Complaint, defendants generally
24  and specifically deny each and every allegation contained therein.

25

26

27

28  Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint     # 2:17-cv-01040-WBS-CMK     6

22.     In answering Paragraph 22 of the Complaint, to the extent the allegations in Paragraph 22 contain or amount to legal conclusions, statements of law, or opinions they are objected to on grounds they violate Federal Rules of Civil Procedure, Rule 8(a), and on that basis and on the basis of lack of information and belief defendants deny each and every legal conclusion, statement of law, or opinion contained in Paragraph 22.

## GENERAL ALLEGATIONS

23.     In answering Paragraph 23 of the Complaint, defendants incorporate herein, by reference, each and every response and objection asserted in Paragraphs 1 through 22, as though fully set forth herein.

24.     In answering Paragraph 24 of the Complaint, defendants admit that on or about May 17, 2016, in Siskiyou County, Defendants Zook and Ruiz had contact with Luke Sanders, deceased. Defendants generally and specifically deny each and every remaining allegation of Paragraph 24.

25.     In answering Paragraph 25 of the Complaint, defendants generally and specifically deny each and every allegation contained therein.

26.     In answering Paragraph 26 of the Complaint, defendants lack sufficient knowledge and information to enable them to answer the allegations of said paragraph, and basing their denial on that ground, deny each and every allegation contained therein.

1

2      27.    In answering Paragraph 27 of the Complaint, defendants lack

3   sufficient knowledge and information to enable them to answer the allegations of

4   said paragraph, and basing their denial on that ground, deny each and every

5   allegation contained therein.

6

7      28.    In answering Paragraph 28 of the Complaint, defendants admit that

8   California Highway Patrol Officer Benson arrived at the scene of the subject

9   incident before Deputies Zook and Ruiz arrived, CHP Officer Benson's patrol vehicle

10  was equipped with a MVARS, Deputy Zook had a body-worn digital audio recorder,

11  and that Defendant Deputy Zook was a Field Training Officer for Deputy Ruiz at

12  the time of the subject incident.    Defendants lack sufficient knowledge and

13  information to enable them to answer the remaining allegations of said paragraph,

14  and basing their denial on that ground, deny each and every remaining allegation

15  contained therein.

16

17     29.    In answering Paragraph 29 of the Complaint, defendants lack

18  sufficient knowledge and information to enable them to answer the allegations of

19  said paragraph, and basing their denial on that ground, deny each and every

20  allegation contained therein.

21

22     30.    In answering Paragraph 30 of the Complaint, defendants lack

23  sufficient knowledge and information to enable them to answer the allegations of

24  said paragraph, and basing their denial on that ground, deny each and every

25  allegation contained therein.

26

27

28  Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint    # 2:17-cv-01040-WBS-CMK    8

1

2          31.    In answering Paragraph 31 of the Complaint, defendants lack

3   sufficient knowledge and information to enable them to answer the allegations of

4   said paragraph, and basing their denial on that ground, deny each and every

5   allegation contained therein.

6

7          32.    In answering Paragraph 32 of the Complaint, defendants lack

8   sufficient knowledge and information to enable them to answer the allegations of

9   said paragraph, and basing their denial on that ground, deny each and every

10  allegation contained therein.

11

12         33.    In answering Paragraph 33 of the Complaint, defendants lack

13  sufficient knowledge and information to enable them to answer the allegations of

14  said paragraph, and basing their denial on that ground, deny each and every

15  allegation contained therein.

16

17         34.    In answering Paragraph 34 of the Complaint, defendants specifically

18  deny the allegation that they were never in immediate danger sufficient to justify

19  use of deadly force. Defendants lack sufficient knowledge and information to enable

20  them to answer the remaining allegations of said paragraph, and basing their denial

21  on that ground, deny each and every remaining allegation contained therein.

22

23         35.    In answering Paragraph 35 of the Complaint, defendants generally

24  and specifically deny each and every allegation contained therein.

25

26

27

28  Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint     # 2:17-cv-01040-WBS-CMK     9

36.    In answering Paragraph 36 of the Complaint, defendants generally and specifically deny each and every allegation contained therein.

37.    In answering Paragraph 37 of the Complaint, defendants generally and specifically deny each and every allegation contained therein.

38.    In answering Paragraph 38 of the Complaint, defendants generally and specifically deny each and every allegation contained therein.

39.    In answering Paragraph 39 of the Complaint, defendants generally and specifically deny each and every allegation contained therein.

40.    In answering Paragraph 40 of the Complaint, defendants generally and specifically deny each and every allegation contained therein.

41.    In answering Paragraph 41 of the Complaint, defendants generally and specifically deny each and every allegation contained therein.   Defendants further specifically deny that plaintiffs, or plaintiff's decedent, sustained any of the injuries, damages, or losses set forth in paragraphs a. thru j.

**COUNT ONE**
**--42 U.S.C. §1983—**
**ALL PLAINTIFFS AGAINST DEFENDANTS ZOOK, RUIZ AND DOES 1-10**

42.    In answering paragraph 42 of the Complaint, which attempts to alleged every other paragraph set forth in Plaintiff's complaint, Defendants incorporate herein, by reference, each and every response and objection asserted in

1  Paragraphs 1 through 41, as well as each and every response and objection that will
2  be set forth in paragraphs 43 thru 84, as though fully set forth herein.

3

4      43.      In answering paragraph 43 of the Complaint, defendants generally
5  and specifically deny each and every allegation contained therein.   Defendants
6  further specifically deny they violated any rights of plaintiffs, or plaintiff's decedent,
7  as alleged in paragraphs 43.a. thru d.

8

9      44.      In answering Paragraph 44 of the Complaint, defendants generally
10  and specifically deny each and every allegation contained therein.   Defendants
11  further specifically deny they violated any rights of plaintiffs, or plaintiff's decedent,
12  as alleged in paragraph 44.a.

13

14      45.      In answering Paragraph 45 of the Complaint, defendants generally
15  and specifically deny each and every allegation contained therein.

16

17      46.      In answering Paragraph 46 of the complaint, defendants generally and
18  specifically deny each and every allegation contained therein.   Defendants further
19  specifically deny plaintiffs sustained the injuries or damages set forth in Paragraph
20  41.

21

22      47.      In answering Paragraph 47 of the complaint, defendants admit there
23  is no entitlement to seek punitive damages against Defendant Siskiyou County.
24  Defendants generally and specifically deny each and every remaining allegation

25

26

27

28  Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint     # 2:17-cv-01040-WBS-CMK     11

1  contained in Paragraph 47, and specifically deny that any conduct of defendants

2  entitles plaintiff to seek punitive damages and penalties.

3

4       48.    In answering Paragraph 48 of the complaint, defendants generally and

5  specifically deny each and every allegation contained therein.

6

7                                    COUNT TWO
                    --42 U.S.C. §1983 (Municipal and Supervisory Liability)—
8  ALL PLAINTIFFS AGAINST DEFENDANTS SISKIYOU COUNTY & DOES 1-10

9

10      49.    In answering paragraph 49 of the Complaint, which attempts to

11  alleged every other paragraph set forth in Plaintiff's complaint, Defendants

12  incorporate herein, by reference, each and every response and objection asserted in

13  Paragraphs 1 through 48, as well as each and every response and objection that will

14  be set forth in paragraphs 50 thru 84, as though fully set forth herein.

15

16      50.    In answering Paragraph 50 of the Complaint, defendants generally

17  and specifically deny each and every allegation contained therein.  Defendants

18  further specifically deny Defendants Siskiyou County or Siskiyou County Sheriff's

19  Office had or followed any customs, policies, practices, or procedures which directed,

20  encouraged, allowed, or ratified the acts of commission and omission set forth in

21  paragraphs 50.a. thru. h.

22

23      51.    In answering Paragraph 51 of the complaint, defendants generally and

24  specifically deny each and every allegation contained therein.  Defendants further

25

26

27

28

1   specifically deny they acted with deliberate indifference to plaintiffs' constitutional
2   rights.

3       52.     In answering Paragraph 52 of the complaint, defendants generally and
4   specifically deny each and every allegation contained therein.  Defendants further
5   specifically deny they committed any unconstitutional actions and/or omissions.

6

7       53.     In answering Paragraph 53 of the complaint, defendants generally and
8   specifically deny each and every allegation contained therein.

9

10      54.     In answering Paragraph 54 of the complaint, defendants generally and
11  specifically deny each and every allegation contained therein.

12

13      55.     In answering paragraph 55 of the complaint, defendants generally and
14  specifically deny each and every allegation contained therein.  Defendants further
15  specifically deny plaintiffs have sustained or incurred any of the damages, injuries,
16  losses, costs, or attorney's fees alleged in paragraphs 45-48.

17

18                              COUNT THREE
                --VIOLATION OF CALIFORNIA CIVIL CODE § 52.1—
19   ALL PLAINTIFFS AGAINST DEFENDANTS ZOOK, RUIZ, DOES 1-10,and
                              SISKIYOU COUNTY
20

21      56.     In answering paragraph 56 of the Complaint, which attempts to
22  alleged every other paragraph set forth in Plaintiff's complaint, Defendants
23  incorporate herein, by reference, each and every response and objection asserted in
24  Paragraphs 1 through 55, as well as each and every response and objection that will
25  be set forth in paragraphs 57 thru 84, as though fully set forth herein.
26

27

28  Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint     # 2:17-cv-01040-WBS-CMK     13

1

2     57.    In answering Paragraph 57 of the complaint, to the extent the

3 allegations in Paragraph 57 contain or amount to legal conclusions, statements of

4 law, or opinions they are objected to on grounds they violate Federal Rules of Civil

5 Procedure, Rule 8(a), and on that basis and on the basis of lack of information and

6 belief defendants deny each and every legal conclusion, statement of law, or opinion

7 contained in Paragraph 57. Defendants generally and specifically deny each and

8 every other allegation contained in Paragraph 57, and specifically deny acting in

9 concert/conspiracy to deny plaintiffs the rights set forth in paragraphs a. thru e.

10

11     58.    In answering Paragraph 58 of the complaint, to the extent the

12 allegations in Paragraph 58 contain or amount to legal conclusions, statements of

13 law, or opinions they are objected to on grounds they violate Federal Rules of Civil

14 Procedure, Rule 8(a), and on that basis and on the basis of lack of information and

15 belief defendants deny each and every legal conclusion, statement of law, or opinion

16 contained in Paragraph 58. Defendants generally and specifically deny each and

17 every other allegation contained in Paragraph 58, and specifically deny committing

18 the acts set forth in paragraphs a. thru g.

19

20     59.    In answering Paragraph 59 of the complaint, defendants generally and

21 specifically deny each and every allegation contained therein.

22     60.    In answering Paragraph 60 of the complaint, defendants generally and

23 specifically deny each and every allegation contained therein.

24

25

26

27

28 Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint     # 2:17-cv-01040-WBS-CMK     14

61.    In answering Paragraph 61 of the complaint, to the extent the allegations in Paragraph 61 contain or amount to legal conclusions, statements of law, or opinions they are objected to on grounds they violate Federal Rules of Civil Procedure, Rule 8(a), and on that basis and on the basis of lack of information and belief defendants deny each and every legal conclusion, statement of law, or opinion contained in Paragraph 61.  Defendants generally and specifically deny each and every other allegation contained in Paragraph 61.

62.    In answering Paragraph 62 of the complaint, defendants generally and specifically deny each and every allegation contained therein.  Defendants further specifically deny plaintiffs have sustained or incurred any of the damages, injuries, losses, costs, or attorney's fees alleged in paragraphs 45-48, and further specifically deny that the alleged conduct of any defendant warrants the imposition of punitive damages.

## COUNT FOUR
## --NEGLIGENCE:  PERSONAL INJURIES—
## PLAINTIFFS DANIELLE ERIN NIELSEN, Ab.S., Ad.S., E.S., and L.S. AGAINST ALL DEFENDANTS

63.    In answering Paragraph 63 of the complaint, which attempts to alleged every other paragraph set forth in Plaintiff's complaint, Defendants incorporate herein, by reference, each and every response and objection asserted in Paragraphs 1 through 62, as well as each and every response and objection that will be set forth in paragraphs 64 thru 84, as though fully set forth herein.

1    64.    In answering Paragraph 64 of the complaint, defendants generally and
2    specifically deny each and every allegation contained therein.

3

4    65.    In answering Paragraph 65 of the complaint, defendants generally and
5    specifically deny each and every allegation contained therein.

6

7    66.    In answering Paragraph 66 of the complaint, defendants generally and
8    specifically deny each and every allegation contained therein, and specifically deny
9    owing plaintiffs the duties set forth in paragraphs a. thru e.

10

11   67.    In answering Paragraph 67 of the complaint, defendants generally and
12   specifically deny each and every allegation contained therein, and specifically deny
13   owing plaintiffs the duties set forth in paragraphs a. thru e.

14

15   68.    In answering Paragraph 68 of the complaint, to the extent the
16   allegations in Paragraph 68 contain or amount to legal conclusions, statements of
17   law, or opinions they are objected to on grounds they violate Federal Rules of Civil
18   Procedure, Rule 8(a), and on that basis and on the basis of lack of information and
19   belief defendants deny each and every legal conclusion, statement of law, or opinion
20   contained in Paragraph 68.  Defendants generally and specifically deny each and
21   every other allegation contained in Paragraph 68.

22

23   69.    In answering Paragraph 69 of the complaint, defendants generally and
24   specifically deny each and every allegation contained therein.  Defendants further
25   specifically deny plaintiffs have sustained or incurred any of the damages, injuries,

26

27

28

1  losses, costs, or attorney's fees alleged in paragraphs 45-48, and further specifically
2  deny that the alleged conduct of any defendant warrants the imposition of punitive
3  damages.

4

5
### COUNT FIVE
--ASSAULT AND BATTERY—
6  PLAINTIFFS DANIELLE ERIN NIELSEN, Ab.S., Ad.S., E.S., and L.S. AGAINST
7  DEFENDANTS ZOOK, RUIZ, DOES 1-10 AND SISKIYOU COUNTY

8
9       70.    In answering paragraph 70 of the complaint, which attempts to alleged
10  every other paragraph set forth in Plaintiff's complaint, Defendants incorporate
11  herein, by reference, each and every response and objection asserted in Paragraphs
12  1 through 69, as well as each and every response and objection that will be set forth
13
   in paragraphs 71 thru 84, as though fully set forth herein.
14

15      71.    In answering Paragraph 71 of the complaint, to the extent the
16  allegations in Paragraph 71 contain or amount to legal conclusions, statements of
17  law, or opinions they are objected to on grounds they violate Federal Rules of Civil
18  Procedure, Rule 8(a), and on that basis and on the basis of lack of information and
19  belief defendants deny each and every legal conclusion, statement of law, or opinion
20  contained in Paragraph 71.  Defendants generally and specifically deny each and
21  every other allegation contained in Paragraph 71.

22

23      72.    In answering paragraph 72 of the complaint, defendants generally and
24  specifically deny each and every allegation contained therein.  Defendants further
25  specifically deny plaintiffs have sustained or incurred any of the damages, injuries,

26

27

28  Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint      # 2:17-cv-01040-WBS-CMK      17

1    losses, costs, or attorney's fees alleged in paragraphs 45-48, and further specifically

2    deny that the alleged conduct of any defendant warrants the imposition of punitive

3    damages.

4

5

6                              COUNT SIX
                --VIOLATION OF THE AMERICANS WITH DISABILITIES ACT (ADA)—
7                        (TITLE II) AND REHABILITATION ACT (RA)
      PLAINTIFFS DANIELLE ERIN NIELSEN, Ab.S., Ad.S., E.S., and L.S. AGAINST
8                         DEFENDANT SISKIYOU COUNTY

9

10       73.    In answering paragraph 73 of the complaint, which attempts to alleged

11   every other paragraph set forth in Plaintiff's complaint, Defendants incorporate

12   herein, by reference, each and every response and objection asserted in Paragraphs

13   1 through 72, as well as each and every response and objection that will be set forth

14   in paragraphs 74 thru 84, as though fully set forth herein.

15

16       74.    In answering paragraph 74 of the complaint, to the extent the

17   allegations in Paragraph 74 contain or amount to legal conclusions, statements of

18   law, or opinions they are objected to on grounds they violate Federal Rules of Civil

19   Procedure, Rule 8(a), and on that basis and on the basis of lack of information and

20   belief defendants deny each and every legal conclusion, statement of law, or opinion

21   contained in Paragraph 74.  Defendants generally and specifically deny each and

22   every other allegation contained in Paragraph 74.

23

24       75.    In answering paragraph 75 of the complaint, to the extent the

25   allegations in Paragraph 75 contain or amount to legal conclusions, statements of

26   law, or opinions they are objected to on grounds they violate Federal Rules of Civil

27

28

1  Procedure, Rule 8(a), and on that basis and on the basis of lack of information and
2  belief defendants deny each and every legal conclusion, statement of law, or opinion
3  contained in Paragraph 75. Defendants generally and specifically deny each and
4  every other allegation contained in Paragraph 75.

6  76.   In answering paragraph 76 of the complaint, defendants generally and
7  specifically deny each and every allegation contained therein.

9  77.   In answering paragraph 77 of the complaint, defendants admit
10 Defendant Siskiyou County is a public entity. To the extent the other allegations
11 in Paragraph 77 contain or amount to legal conclusions, statements of law, or
12 opinions they are objected to on grounds they violate Federal Rules of Civil
13 Procedure, Rule 8(a), and on that basis and on the basis of lack of information and
14 belief defendants deny each and every legal conclusion, statement of law, or opinion
15 contained in Paragraph 77. Defendants generally and specifically deny each and
16 every other allegation contained in Paragraph 77.

18 78.   In answering paragraph 78 of the complaint, to the extent the
19 allegations in Paragraph 78 contain or amount to legal conclusions, statements of
20 law, or opinions they are objected to on grounds they violate Federal Rules of Civil
21 Procedure, Rule 8(a), and on that basis and on the basis of lack of information and
22 belief defendants deny each and every legal conclusion, statement of law, or opinion
23 contained in Paragraph 78. Defendants generally and specifically deny each and
24 every other allegation contained in Paragraph 78.

1    79.    In answering paragraph 79 of the complaint, defendants lack sufficient
2    knowledge and information to enable them to answer the allegations of said
3    paragraph, and basing their denial on that ground, deny each and every allegation
4    contained therein.

5

6    80.    In answering paragraph 80 of the complaint, to the extent the
7    allegations in Paragraph 80 contain or amount to legal conclusions, statements of
8    law, or opinions they are objected to on grounds they violate Federal Rules of Civil
9    Procedure, Rule 8(a), and on that basis and on the basis of lack of information and
10   belief defendants deny each and every legal conclusion, statement of law, or opinion
11   contained in Paragraph 80.  Defendants generally and specifically deny each and
12   every other allegation contained in Paragraph 80.

13

14   81.    In answering paragraph 81 of the complaint, to the extent the
15   allegations in Paragraph 81 contain or amount to legal conclusions, statements of
16   law, or opinions they are objected to on grounds they violate Federal Rules of Civil
17   Procedure, Rule 8(a), and on that basis and on the basis of lack of information and
18   belief defendants deny each and every legal conclusion, statement of law, or opinion
19   contained in Paragraph 81.  Defendants generally and specifically deny each and
20   every other allegation contained in Paragraph 81.

21

22   82.    In answering paragraph 82 of the complaint, defendants generally and
23   specifically deny each and every allegation contained therein.

24

25

26

27

28

1    83.    In answering paragraph 83 of the complaint, defendants generally and
2    specifically deny each and every allegation contained therein.

3

4    84.    In answering paragraph 84 of the complaint, defendants generally and
5    specifically deny each and every allegation contained therein.  Defendants further
6    specifically deny plaintiffs have sustained or incurred any of the damages, injuries,
7    losses, costs, or attorney's fees alleged in paragraphs 45-48.  Defendants further
8    specifically deny that plaintiffs, or plaintiff's decedent, are entitled to any of the
9    relief or damages set forth in paragraphs a. thru e.

10

11

12                              **AFFIRMATIVE DEFENSES**

13    **AS AND FOR A FIRST AFFIRMATIVE DEFENSE,** these answering
14    Defendants allege that said complaint fails to state facts sufficient to constitute a
15    cause of action for violation of civil rights pursuant to 42 U.S.C. Sections 1981, 1983,
16    and 1985 et seq., or Title 28, against these answering Defendants.

17    **AS AND FOR A SECOND AFFIRMATIVE DEFENSE,** these answering
18    Defendants allege that said complaint fails to state facts sufficient to constitute a
19    cause of action for violation of rights, privileges, or immunities secured by, or
20    afforded by, the Constitution or laws of the United States or the Constitution or
21    laws of the State of California, institutional deprivation or infringement of
22    constitutional rights, deprivation of familial relationships, conspiracy, unlawful
23    discrimination, violation of the Bane Act, assault, battery, or malice, oppression,
24    fraud or reckless or callous indifference to personal rights.

25

26

27

28    Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint    # 2:17-cv-01040-WBS-CMK    21

1       AS AND FOR A THIRD AFFIRMATIVE DEFENSE, these answering
2   Defendants allege as to each cause of action brought pursuant to 42 U.S.C. §§ 1981,
3   1983, and 1985 et seq., that the cause of action is barred by the doctrine of qualified
4   immunity in that said Defendants acted at all times in a good faith belief in the
5   lawfulness of their actions and conduct.

6       AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, these answering
7   Defendants allege they were at all times acting to fulfill and comply with the duties
8   and responsibilities imposed on them by federal, state and local law, and by acting
9   in good faith pursuant to and in accordance with such federal, state and local law,
10  and the policies, guidelines, and standards established thereunder, were fully,
11  properly and legally justified in acting upon the matters complained of by Plaintiff
12  in the manner they acted and being so justified and having exercised lawful
13  discretion in good faith, are immune from liability for any loss, injury, or damage
14  which might have resulted from such actions.

15      AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, these answering
16  Defendants allege that said complaint fails to state facts sufficient to constitute a
17  cause of action against these answering Defendants to the extent the complaint
18  alleges causes of action outside of 42 U.S.C. § 1983, in that the complaint was not
19  preceded by a timely and proper claim made pursuant to California Government
20  Code §§ 910, et.seq.; that the claim that was filed does not include these answering
21  Defendants; and, that the allegations of Plaintiff's complaint exceed the scope of the
22  documents which are alleged to constitute appropriate claims.

23      AS AND FOR A SIXTH AFFIRMATIVE DEFENSE, to that portion of the
24  complaint which is not brought pursuant to 42 U.S.C. § 1983, these answering
25  Defendants allege that they are immune from liability pursuant to the provisions
26
27

1  of Title 1, Division 3.6 of the Government Code, including but not limited to §§ 815,
2  815.2, 815.4, 818.2, 818.8, 820, 820.2, 820.4, 820.6, 820.8, 821, 821.4, 821.6, 822.2,
3  844.6, 845.2, 845.8, 846, 850.8, 855.6, 855.8, 856, 856.4, 945.4, 950, 950.2, 950.4,
4  950.6, 950.8, and Cal. Pen. Code § 836.5.

5        **AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**, to that portion of
6  the complaint which is not brought pursuant to 42 U.S.C. § 1983, these answering
7  Defendants allege that if it should be found that they are in any manner responsible
8  for the damages, if any, sustained by the Plaintiff which Defendants specifically
9  deny exists, then such damages were proximately caused or contributed to by other
10 parties in this case, whether served or not, and/or by other parties or entities not
11 presently parties to this action, and it is necessary that the proportionate degree of
12 negligence or fault of each and every person or entity, whether made a party to this
13 action or not, be determined and pro-rated as to the proportionate degree of
14 negligence or fault, and that any judgment that may be rendered against
15 Defendants be reduced by the total of that degree of negligence and/or fault found
16 to exist as to other said persons or entities, and be further reduced with respect to
17 non-economic damages pursuant to Cal. Civ. Code § 1431.2.

18       **AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**, these answering
19 Defendants allege that Plaintiffs and Plaintiffs' decedent failed to take any
20 reasonable action necessary to prevent and mitigate any damages or losses alleged.

21       **AS AND FOR A NINTH AFFIRMATIVE DEFENSE**, these answering
22 defendants allege that said complaint fails to state facts sufficient to constitute a
23 cause of action against a defendant governmental entity, in that the complaint does
24 not allege official action by said entity as defined by *Monell vs. Department of Social*
25 *Services of City of New York*, 436 U.S. 658, 98 S. Ct. 2019 (1978).

26

27

28 Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint     # 2:17-cv-01040-WBS-CMK     23

1    AS AND FOR A TENTH AFFIRMATIVE DEFENSE, these answering

2  defendants allege that to the extent decedent or plaintiffs' prayer for damages can

3  be interpreted as a prayer for punitive damages, it is barred by the applicable

4  provisions of the United States Constitution, including but not limited to the due

5  process clause of the 14th Amendment thereto, the excessive fines clause of the 8th

6  Amendment, and is barred by the applicable provisions of the Constitution of the

7  State of California and the California Government Code.

8    AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE, these answering

9  defendants allege that with respect to the claims for relief asserted pursuant to

10  C.C.P. §§ 377.20 and 377.60, plaintiffs lack standing, are not proper parties, and

11  lack entitlement to proceed with those claims due to failure to fully and completely

12  comply with all applicable provisions set forth in C.C.P. §§ 377.10 thru 377.62.

13    AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE, these answering

14  defendants allege that plaintiffs, and each of them, lack standing to assert claims

15  pursuant to California Civil Code § 52.1, in that the rights protected under that

16  provision are personal to the decedent and cannot be asserted by representation.

17

18                    **DEMAND FOR JURY TRIAL**

19    Defendants, COUNTY OF SISKIYOU, JOHN ZOOK, and JUAN RUIZ, ,

20  hereby demand a jury trial.

21

22                    **PRAYER FOR RELIEF**

23    WHEREFORE, Defendants pray as follows:

24

25

26

27

28

1.     That plaintiffs take nothing by their complaint and that judgment be entered in favor of defendants;

2.     That defendants be awarded their costs of suit incurred in defense of this action, together with reasonable attorney's fees as provided by 42 U.S.C. § 1988, or other applicable law; and

3.     For such other relief as the Court deems proper.

DATED: June _8_, 2017       LAW OFFICE OF JAMES A. WYATT

_____
JAMES A. WYATT
Attorney for Defendants
COUNTY OF SISKIYOU, JOHN ZOOK
and JUAN RUIZ

## PROOF OF SERVICE

1

2   DOCUMENT SERVED:          DEFENDANTS COUNTY OF SISKIYOU,
                             JOHN ZOOK AND JUAN RUIZ'S ANSWER TO
3                            COMPLAINT FOR DAMAGES

4

5   I am over the age of 18 years and not a party to the within action.  I am employed
6   in Shasta County, California, by the Law Office of James A. Wyatt, located at 2130
    Eureka Way, Redding, California, 96001.  I am readily familiar with the daily
7   business practice for collection and processing of correspondence and documents for
8   mailing with the United States Postal Service, that the correspondence and
    documents will be, in the ordinary course of business, deposited with the United
9   States Postal Service that same day.  On the date this declaration is signed below,
10  a true copy of the above-described document was placed by me in an envelope
    addressed to the person(s) at the address(es) set forth below, then sealed and
11  following ordinary business practices, placed for collection and mailing on this date
12  with the United States Postal Service at their Redding, California facility.

13  NAME AND ADDRESS OF PERSON(S) SERVED:

14

15  MICHAEL J. HADDAD
    JULIA SHERWIN
16  T. KENNEDY HELM
    MAYA SORENSEN
17  HADDAD & SHERWIN LLP
    505 Seventeenth Street
18  Oakland, CA 94612

19

20  I declare under penalty of perjury that the foregoing is true and correct.  Executed
    at 3575 Sunset Drive, Redding, California on June 9, 2017..
21

22

23                                            CATHERINE BURNS

24

25

26

27

28  Defendants County of Siskiyou, John Zook and Juan Ruiz's Answer to Complaint      # 2:17-cv-01040-WBS-CMK      26