MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiffs Ross Sanders, Donna Sanders,
Danielle Erin Nielsen, Ab. S., Ad. S., E.S., and L.S

JAMES A. WYATT (State Bar No. 081128)
3575 Sunset Drive (96001)
Post Office Box 992338
Redding, California 96099-2338
Telephone: (530)244-6060
Facsimile: (530) 244-6069

Attorney for Defendants County of Siskiyou, Siskiyou County
Sheriff's Deputy John Zook; Siskiyou County Sheriff's Deputy Juan Ruiz

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS SANDERS, Individually; DONNA SANDERS, Individually; DANIELLE ERIN NIELSEN, Individually and as co-Successor in Interest for Decedent LUKE SANDERS; and Ab. S., Ad. S., E.S., and L.S., all minors, through their mother and Next Friend DANIELLE ERIN NIELSEN, Individually and as co-Successors in Interest for Decedent LUKE SANDERS,<br><br>  Plaintiffs,<br><br>vs.<br><br>COUNTY OF SISKIYOU, a public entity; SISKIYOU COUNTY SHERIFF'S DEPUTY JOHN ZOOK; SISKIYOU COUNTY SHERIFF'S DEPUTY JUAN RUIZ; and DOES 1–10, Individually, Jointly and Severally,<br><br>  Defendants. | No: 2:17-cv-01040-WBS-CMK<br><br>**STIPULATION AND (PROPOSED) ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS DANIELLE ERIN NIELSEN, AB. S., AD. S., E.S., and L.S. [CLAIMS OF OTHER PLAINTIFFS REMAIN]** |

No. 2:17-cv-01040-WBS-CMK: STIP AND ORDER DISMISSING PLAINTIFFS DANIELLE NIELSEN, AB.S, AD.S, E.S., and L.S.

1

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE as follows:

All claims asserted in this lawsuit by Plaintiffs Danielle Erin Nielsen, Ab.S, Ad.S, E.S., and L.S. against Defendants County of Siskiyou and Siskiyou County Sheriff's Deputies John Zook and Juan Ruiz are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear his own costs and attorney fees necessitated by these claims.

Plaintiffs' remaining claims are unaffected by this stipulation.

Dated: April 24, 2018

HADDAD & SHERWIN LLP

/s/ Teresa Allen

TERESA ALLEN
Attorneys for Plaintiff Patrick Jackson

DATED: April 24, 2018

LAW OFFICE OF JAMES A. WYATT

JAMES A. WYATT
Attorneys for Defendants
COUNTY OF SISKIYOU, SISKIYOU
COUNTY SHERIFF'S DEPUTIES JOHN
ZOOK AND JUAN RUIZ

No. 2:17-cv-01040-WBS-CMK: STIP AND ORDER DISMISSING PLAINTIFFS DANIELLE NIELSEN, AB.S, AD.S, E.S., and L.S.

2

# **ORDER**

Pursuant to stipulation of the parties and for good cause, IT IS SO ORDERED.

Date: _____

                                                                             _____
                                                                             HON. WILLIAM B. SHUBB
                                                                             UNITED STATES DISTRICT JUDGE

No. 2:17-cv-01040-WBS-CMK: STIP AND ORDER DISMISSING PLAINTIFFS DANIELLE NIELSEN, AB.S, AD.S, E.S., and L.S.