MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiffs Ross Sanders and Donna Sanders,


JAMES A. WYATT (State Bar No. 081128)
3575 Sunset Drive (96001)
Post Office Box 992338
Redding, California 96099-2338
Telephone: (530)244-6060
Facsimile: (530) 244-6069

Attorney for Defendants County of Siskiyou, Siskiyou County Sheriff's Deputy John Zook; Siskiyou County Sheriff's Deputy Juan Ruiz

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS SANDERS, Individually; DONNA SANDERS, Individually; DANIELLE ERIN NIELSEN, Individually and as co-Successor in Interest for Decedent LUKE SANDERS; and Ab. S., Ad. S., E.S., and L.S., all minors, through their mother and Next Friend DANIELLE ERIN NIELSEN, Individually and as co-Successors in Interest for Decedent LUKE SANDERS,<br>        Plaintiffs,<br>  vs.<br><br>COUNTY OF SISKIYOU, a public entity; SISKIYOU COUNTY SHERIFF'S DEPUTY JOHN ZOOK; SISKIYOU COUNTY SHERIFF'S DEPUTY JUAN RUIZ; and DOES 1–10, Individually, Jointly and Severally,<br>        Defendants. | No: 2:17-cv-01040-WBS-CMK<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER DISMISSING ALL REMAINING CLAIMS** |

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE as follows:

All remaining claims asserted in this lawsuit by Plaintiffs ROSS SANDERS and DONNA SANDERS against Defendants County of Siskiyou, Siskiyou County Sheriff's Deputies John Zook and Juan Ruiz, and DOES 1-10, are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorney fees in this action.

Dated: September 13, 2018　　　　　　　　　HADDAD & SHERWIN LLP

　　　　　　　　　　　　　　　　　　　　　　/s/ *Michael J. Haddad*
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. HADDAD
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs ROSS SANDERS
　　　　　　　　　　　　　　　　　　　　　　and DONNA SANDERS

DATED: September 13, 2018　　　　　　　　LAW OFFICE OF JAMES A. WYATT

　　　　　　　　　　　　　　　　　　　　　　/s/ *James A. Wyatt*
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JAMES A. WYATT
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　COUNTY OF SISKIYOU, SISKIYOU
　　　　　　　　　　　　　　　　　　　　　　COUNTY SHERIFF'S DEPUTIES JOHN
　　　　　　　　　　　　　　　　　　　　　　ZOOK AND JUAN RUIZ

# ORDER

Pursuant to stipulation of the parties, IT IS SO ORDERED.

Dated: September 13, 2018

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE